UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BERGER,

Plaintiff,

-against-

JORGE SANCHEZ,

Defendant.

Case No. 1:26-cv-02506 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on July 14, 2026, Defendant's motion to file an amended answer and counterclaims, *see* Dkt. 98, is GRANTED, and Defendant shall file that answer and counterclaims by **July 17, 2026**; Defendant's motion to compel joinder or dismiss the complaint, *see* Dkt. 43, is DENIED as moot; Defendant's motion for preliminary injunction, *see* Dkt. 54, is DENIED as moot; Plaintiff's motion to dismiss Defendant's counterclaims is DENIED as moot, *see* Dkt. 60; Plaintiff's motion to strike Defendant's answer, *see* Dkt. 58, is DENIED as moot; Defendant's motion to disqualify Plaintiff's counsel, *see* Dkt. 68, is DENIED; and Plaintiff's motion for attorney fees, *see* Dkt. 55, is DENIED.

On agreement of the parties, and as ordered by the Court, Defendant shall respond to Plaintiff's initial interrogatories and requests for production by August 10, 2026.

The Clerk of Court is respectfully directed to close the motions at Dkt. 43, Dkt. 52, Dkt. 54, Dkt. 55, Dkt. 58, Dkt. 60, and Dkt. 68.

Dated: July 14, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge